Stephen D. Finestone (125675)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:   (415) 616-0466
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Debtor,
Evander Frank Kane

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor.<br><br>_____<br><br>CENTENNIAL BANK, an Arkansas state chartered bank,<br><br>    Plaintiff<br>v.<br><br>EVANDER FRANK KANE<br><br>    Defendant | Case No. 21-50028-SLJ<br><br>Chapter 7<br><br>Adv. Proc. No. 21-05016<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff, Centennial Bank ("Plaintiff"), and Defendant, Evander Kane ("Defendant" and with Plaintiff the "Parties"), by and through their respective counsel of record, enter into the following stipulation (the "Stipulation") with respect to this adversary proceeding.

### RECITALS

Whereas, Plaintiff filed this adversary proceeding on May 5, 2021 and Defendant's response to the complaint is due on June 4, 2021;

STIP RE EXTENSION OF TIME                                                                                                            1

Whereas, Defendant requested that Plaintiff grant him a two-week extension of the time for him to file a response to the Plaintiff's complaint;

The Parties stipulate as follows:

1. The time for Defendant to respond to the complaint in this adversary proceeding is extended to June 18, 2021.

2. This Stipulation is without prejudice to the Parties entering into a further extension of time.

3. The Parties request that the Court enter an order approving this Stipulation.

Dated May 24, 2021                         FINESTONE HAYES LLP

*/s/ Stephen D. Finestone*
Stephen D. Finestone
Attorneys for Evander Kane


DATED: May 24, 2021                       COOPER, WHITE & COOPER LLP

*/s/ Peter C. Califano*
Peter C. Califano
Attorneys for Centennial Bank