

Stephen D. Finestone (125675)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.: (415) 616-0466
Fax: (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Debtor,
Evander Frank Kane

The following constitutes the order of the Court.
Signed: May 24, 2021

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 21-50028-SLJ |
| EVANDER FRANK KANE, | Chapter 7 |
| Debtor. | Adv. Proc. No. 21-05016 |
| | **ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| CENTENNIAL BANK, an Arkansas state chartered bank, | |
| Plaintiff | |
| v. | |
| EVANDER FRANK KANE | |
| Defendant | |

Plaintiff, Centennial Bank, and Defendant, Evander Kane, having entered into a Stipulation to Extend Time to Respond to Complaint (the "Stipulation") and good cause appearing:

**IT IS ORDERED** that:

1. The Stipulation is approved.

ORDER RE EXTENSION OF TIME         1

2. The time for Defendant to respond to the complaint in this adversary proceeding is extended to June 18, 2021.

3. This Order is without prejudice to the Parties entering into a further extension of time.

** END OF ORDER **

Approved as to form:

COOPER, WHITE &
COOPER LLP

*/s/ Peter C. Califano*
Peter C. Califano
Attorneys for Centennial Bank

**Court Service List:**

ECF Participants Only