**Entered on Docket
December 14, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: December 14, 2021

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re **EVANDER FRANK KANE**,<br><br>  Debtor. | Case No. 21-50028 SLJ<br>Chapter 7 |
| **HOPE PARKER**,<br><br>  Plaintiff,<br><br>  v.<br><br>**EVANDER FRANK KANE**, Debtor,<br><br>  Defendant. | Adv. Proc. No. 21-5008 |
| **LONE SHARK HOLDINGS, LLC**,<br><br>  Plaintiff,<br><br>  v.<br><br>**EVANDER FRANK KANE**, Debtor,<br><br>  Defendant. | Adv. Proc. No. 21-5010 |
| **PROFESSIONAL BANK**, | Adv. Proc. No. 21-5013 |

ORDER CONTINUING STATUS CONFERENCES
AND HEARING ON PROPOSED
ADVERSARY PROCEEDING SCHEDULE 1/4

|  |  |
|---|---|
| Plaintiff,<br><br>v.<br><br>**EVANDER FRANK KANE**, Debtor,<br><br>Defendant. |  |
| **SOUTH RIVER CAPITAL LLC**,<br><br>Plaintiff,<br><br>v.<br><br>**EVANDER FRANK KANE**, Debtor,<br><br>Defendant. | Adv. Proc. No. 21-5014 |
| **CENTENNIAL BANK**,<br><br>Plaintiff,<br><br>v.<br><br>**EVANDER FRANK KANE**, Debtor,<br><br>Defendant. | Adv. Proc. No. 21-5016 |
| **ZIONS BANCORPORATION**,<br><br>Plaintiff,<br><br>v.<br><br>**EVANDER FRANK KANE**, Debtor,<br><br>Defendant. | Adv. Proc. No. 21-5056 |

**ORDER CONTINUING STATUS CONFERENCES
AND HEARING ON PROPOSED
ADVERSARY PROCEEDING SCHEDULE**

On November 19, 2021, I entered an Order on Scheduling of Pending Adversary Proceedings in all then-filed adversary proceedings in Debtor Evander Kane's bankruptcy case. That order proposed a litigation hold on non-§ 727(a) claims in favor of joining all § 727(a) claims together for discovery and trial to advance judicial economy and timely adjudication. But since that order Creditor Zions Bancorporation has filed a new adversary proceeding that raises § 727(a) claims not contemplated by my prior Order. *See* Case No. 21-5056. Moreover, I also granted Trustee Fred Hjelmeset a sixth and final extension of time to file a § 727(a) claim or action through February 8, 2022. BK ECF 257. Given these new developments, I find it proper to continue the hearing I set in my prior Order to include Zions in the proceedings. Accordingly, it is hereby ordered that:

1. The status conferences currently set for January 20, 2022 at 2:30 p.m. be continued to **February 17, 2022** at **1:30 p.m.**, the same date and time set for the initial status conference in Zions' adversary proceeding; and
2. The parties are requested to file and serve separate statements in the adversary proceeding they are appearing in addressing this proposal by **February 14, 2022**. The failure to file a statement will be treated as consent.

IT IS SO ORDERED.

**END OF ORDER**

ORDER CONTINUING STATUS CONFERENCES
AND HEARING ON PROPOSED
ADVERSARY PROCEEDING SCHEDULE 3/4

**COURT SERVICE LIST**

[ECF recipients only]