John A. Anthony (FL SBN 0731013)
janthony@anthonyandpartners.com
Andrew J. Ghekas (FL SBN 0119169)
aghekas@anthonyandpartners.com
*Both Appearing Pro Hac Vice*
100 S. Ashley Drive, Suite 1600
Tampa, FL 33602
Telephone: (813) 273-5616
Facsimile: (813) 221-4113

Peter C. Califano (SBN 129043)
pcalifano@nvlawllp.com
John A. Kelley (SBN 194073)
jkelley@nvlawllp.com
NIESAR & VESTAL LLP
90 New Montgomery St. 9th Floor
San Francisco, CA 94105
Telephone:  (415) 882-5300
Facsimile: (415) 882-5400

Attorneys for Creditor and Plaintiff Centennial Bank

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

[San Jose Division]

| | |
|---|---|
| In re | Case No:  21-50028 SLJ |
| EVANDER FRANK KANE, | Chapter 7 |
| Debtor. | |
| CENTENNIAL BANK, an Arkansas state chartered bank, | Adv. No. 21-05016 |
| Plaintiff,<br>vs. | **SUBSTITUTION OF ATTORNEYS** |
| EVANDER FRANK KANE, | |
| Defendant. | |

PLEASE TAKE NOTICE THAT Appellant CENTENNIAL BANK, an Arkansas state chartered bank, hereby substitutes Peter C. Califano, Esq. of Niesar & Vestal LLP in place and stead of Cooper, White & Cooper, LLP as attorneys of record.

DATED: August 30, 2022    On Behalf of CENTENNIAL BANK, an Arkansas state chartered bank

By: /s/ *John A. Anthony*
   John A. Anthony, Esq.
   Attorneys for Appellant CENTENNIAL BANK, an Arkansas state chartered bank

We consent to this substitution.

DATED: August 30, 2022    COOPER, WHITE & COOPER LLP

By: /s/ *Mark P. Schreiber*
   Mark P. Schreiber, Esq.
   Former Attorneys for Appellant CENTENNIAL BANK, an Arkansas state chartered bank

We consent to this substitution.

DATED: August 30, 2022    NIESAR & VESTAL LLP

By: /s/ *Peter C. Califano*
   Peter C. Califano, Esq.
   Attorneys for Appellant CENTENNIAL BANK, an Arkansas state chartered bank

Case: 21-05016 Doc# 35 Filed: 08/30/22 Entered: 08/30/22 13:32:15 Page 2 of 2