John A. Anthony (FL SBN 0731013)
janthony@anthonyandpartners.com
Andrew J. Ghekas (FL SBN 0119169)
aghekas@anthonyandpartners.com
*Both Appearing Pro Hac Vice*
100 S. Ashley Drive, Suite 1600
Tampa, FL 33602
Telephone: (813) 273-5616
Facsimile: (813) 221-4113

Peter C. Califano (SBN 129043)
pcalifano@nvlawllp.com
John A. Kelley (SBN 194073)
jkelley@nvlawllp.com
NIESAR & VESTAL LLP
90 New Montgomery St. 9th Floor
San Francisco, CA 94105
Telephone: (415) 882-5300
Facsimile: (415) 882-5400

Attorneys for Plaintiff CENTENNIAL BANK

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

[San Jose Division]

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor. | Case No: 21-50028 SLJ<br><br>Chapter 7 |
| CENTENNIAL BANK, an Arkansas state chartered bank,<br><br>Plaintiff,<br>vs.<br><br>EVANDER FRANK KANE,<br><br>Defendant. | Adv. No. 21-05016<br><br>**ORDER RE PLAINTIFF CENTENNIAL BANK'S EX PARTE APPLICATION TO: (A) SPECIALLY SET HEARING ON MOTION FOR SUMMARY JUDGMENT AND (B) TO EXCEED THE PAGE LIMITATION FOR ITS OPENING PAPERS**<br><br>**[NO HEARING REQUESTED]** |

1

Having considered Plaintiff CENTENNIAL BANK's ("Centennial"), Ex Parte Application To: (A) Specially Set Hearing on Motion for Summary Judgment and (B) to Exceed the Page Limitation for Its Opening Papers, and good cause appearing therefrom,

IT IS HEREBY ORDERED:

1. The hearing on Centennial's Motion for Summary Judgment in this adversary proceeding shall be heard on December 15, 2022 beginning at ___ am/pm; and

2. Centennial shall be permitted to file an initial memorandum of points and authorities not to exceed 31 pages of text.

* * * * END OF ORDER * * * *

**Court Service List:**

ECF Participants Only

Niesar & Vestal LLP
90 New Montgomery St.
9th Floor
San Francisco, CA 94105