**Entered on Docket**
**November 15, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: November 15, 2022

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re **EVANDER FRANK KANE**, <br><br> Debtor. <br> **CENTENNIAL BANK**, <br><br> Plaintiff, <br><br> v. <br><br> **EVANDER FRANK KANE**, Debtor, <br><br> Defendant. | Case No. 21-50028 SLJ <br> Chapter 7 <br><br> Adv. Proc. No. 21-05016 |

## ORDER DENYING EX PARTE APPLICATION TO SPECIALLY SET HEARING ON MOTION FOR SUMMARY JUDGMENT

On November 9, 2022, Plaintiff Centennial Bank filed an Ex Parte Application to specially set a hearing on Motion for Summary Judgment and to exceed the page limitation for its opening papers. The request is denied as there is no calendar date available and the Court is not available.

IT IS SO ORDERED.

### ***END OF ORDER***

**COURT SERVICE LIST**

[ECF recipients only]