ANTHONY & PARTNERS, LLC
JOHN A. ANTHONY (FL SBN 0731013)
  janthony@anthonyandpartners.com
ANDREW J. GHEKAS (FL SBN 0119169)
  aghekas@anthonyandpartners.com
*Both admitted Pro Hac Vice*
100 S. Ashley Drive, Suite 1600
Tampa, Florida 33602
Telephone: 813.273.5616
Facsimile: 813.221.4113

NIESAR & VESTAL LLP
PETER C. CALIFANO (SBN 129043)
  pcalifano@nvlawllp.com
JOHN A. KELLEY (SBN 194073)
  jkelley@nvlawllp.com
90 New Montgomery St. 9th Floor
San Francisco, California 94105
Telephone: 415.882.5300
Facsimile: 415.882.5400

Attorneys for Plaintiff
CENTENNIAL BANK

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
### [San Jose Division]

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>    Debtors. | CASE NO. 21-50028 SLJ<br><br>Chapter 7 |
| CENTENNIAL BANK, an Arkansas state chartered bank,<br><br>    Plaintiff,<br><br>vs.<br><br>EVANDER FRANK KANE,<br><br>    Defendant. | Adv No. 21-05016<br><br>**CENTENNIAL BANK'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date:    January 10, 2023<br>Time:    1:30pm<br>Place:    Via Zoom Video-conference<br>Judge:   Hon. Stephen L. Johnson |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

      **PLEASE TAKE NOTICE THAT** on **January 10, 2023** at **1:30 p.m.** or as soon thereafter as the matter may be heard, in the San Jose Division of the United States Bankruptcy Court, Northern

District, located at 280 South First Street, Room 3035, San Jose, California 95113, Plaintiff Centennial Bank, an Arkansas state chartered bank ("Centennial") will move, pursuant to Federal Rule of Civil Procedure 56, made applicable by Federal Rule of Bankruptcy Procedure 7056, for summary judgment regarding issues in the "Amended Complaint to Determine Nondischargeability of Debt Pursuant to: 11 U.S.C. §523(a)(2)(A); and 11 U.S.C. §§727(a)(2)-(a)(5)" (the "Complaint") [AP 28] filed against Evander Frank Kane ("Kane") in the above-captioned adversary proceeding (this "Adversary Proceeding"). Centennial asserts that the admissions by Kane and other evidence demonstrate the absence of any genuine issue of material fact and that Centennial is entitled to a judgment as a matter of law.

This Motion is based upon this Notice of Motion and Motion for Summary Judgment; the concurrently filed Supporting Memorandum of Points and Authorities, Declaration of Andrew J. Ghekas; the Request for Judicial Notice, and all of the pleadings, records, and files in this action; any other matter of which the Court may take judicial notice; and any argument or evidence the court may permit at hearing on this Motion.

DATED: November 17, 2022          ANTHONY & PARTNERS, LLC

                                  By:      /s/ Andrew J. Ghekas
                                       Andrew J. Ghekas
                                       Attorneys for Plaintiff
                                       CENTENNIAL BANK


DATED: November 17, 2022          NIESAR & VESTAL LLP

                                  By:      /s/ Peter C. Califano
                                       Peter C. Califano
                                       Attorneys for Plaintiff
                                       CENTENNIAL BANK