

The following constitutes the order of the Court.
Signed: February 21, 2023

_____
**Stephen L. Johnson**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: <br> **EVANDER FRANK KANE**, <br> Debtor. | Case No. 21-50028-SLJ <br> Ch. 7 |
| **HOPE PARKER**, <br> Plaintiff, <br> v. <br> **EVANDER KANE**, <br> Defendant. | |
| **CENTENNIAL BANK**, <br> Plaintiff, <br> v. <br> **EVANDER KANE**, <br> Defendant. | A.P. No. 21-5008 <br> A.P. No. 21-5016 |

CLOSING ARGUMENTS SCHEDULING ORDER

-1-

## CLOSING ARGUMENTS SCHEDULING ORDER

This Court held a trial on January 23, 2023 and January 25, 2023 relating to Hope Parker's and Centennial Bank's (collectively "Plaintiffs") objection to Evander Kane's ("Defendant") discharge under 11 U.S.C. § 727(a). At the end of trial, I instructed the parties to file closing arguments 14 days after the trial transcript was docketed. The trial transcript was docketed on February 10, 2023. ECF 51, 52. An Amended Transcript for Trial Day 2 was filed on February 13, 2023. ECF 54.

**IT IS HEREBY ORDERED** that,

Plaintiffs and Defendant file their closing arguments with the Court no later than **March 14, 2023**.

*** END OF ORDER ***

**COURT SERVICE LIST**

[ECF Recipients only]

CLOSING ARGUMENTS SCHEDULING ORDER