

**The following constitutes the order of the Court.
Signed: April 4, 2023**

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re **EVANDER FRANK KANE**, <br><br> Debtor. | Case No. 21-50028 SLJ <br> Chapter 7 |
| **HOPE PARKER**, <br><br> Plaintiff, <br> v. <br><br> **EVANDER FRANK KANE**, Debtor, <br><br> Defendant. | Adv. Proc. No. 21-5008 |
| **CENTENNIAL BANK**, <br><br> Plaintiff, <br> v. <br><br> **EVANDER FRANK KANE**, Debtor, <br><br> Defendant. | Adv. Proc. No. 21-5016 |

### ORDER CONTINUING SCHEDULING CONFERENCE

This Court held a trial on January 23, 2023 and January 25, 2023 relating to Hope Parker's and Centennial Bank's (collectively "Plaintiffs") objection to Evander Kane's ("Defendant") discharge under 11 U.S.C. § 727(a). At the end of trial, I instructed the parties

ORDER CONTINUING SCHEDULING CONFERENCE
1/3

to file closing arguments 14 days after the trial transcript was docketed. On February 21, 2023, I ordered Plaintiffs and Defendant to file their closing arguments no later than March 14, 2023. The Court's ruling is currently under submission.

Good cause appearing, it is hereby ordered that the scheduling conference in the above-captioned matter currently set for April 13, 2023 at 2:30 p.m. be continued to **May 25, 2023** at **2:30 p.m.** Status conference statements are due by **May 18, 2023**. No appearances are necessary on April 13, 2023.

IT IS SO ORDERED.

**\*\*END OF ORDER\*\***

ORDER CONTINUING SCHEDULING CONFERENCE
2/3

**COURT SERVICE LIST**

[ECF recipients only]

ORDER CONTINUING SCHEDULING CONFERENCE
3/3