| | |
|---|---|
| 1 | ANTHONY & PARTNERS, LLC |
| | JOHN A. ANTHONY (FL SBN 0731013) |
| 2 | janthony@anthonyandpartners.com |
| | ANDREW J. GHEKAS (FL SBN 0119169) |
| 3 | *Both Appearing Pro Hac Vice* |
| | aghekas@anthonyandpartners.com |
| 4 | 100 S. Ashley Drive, Suite 1600 |
| | Tampa, Florida 33602 |
| 5 | Telephone: 813.273.5616 |
| | Facsimile: 813.221.4113 |
| 6 | |
| 7 | NIESAR & VESTAL LLP |
| | PETER C. CALIFANO (SBN 129043) |
| | pcalifano@nvlawllp.com |
| 8 | JOHN A. KELLEY (SPN 194073) |
| | jkelley@nvlawllp.com |
| 9 | 90 New Montgomery St. 9th Floor |
| | San Francisco, California 94105 |
| 10 | Telephone: 415.882.5300 |
| | Facsimile: 415.882.5400 |
| 11 | |
| | Attorneys for Plaintiff |
| 12 | CENTENNIAL BANK |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

## [San Jose Division]

| | |
|---|---|
| In re | CASE NO. 21-50028 SLJ |
| EVANDER FRANK KANE,<br>　　　Debtors. | Chapter 7 |
| HOPE PARKER,<br>　　　Plaintiff,<br>v.<br>EVANDER KANE,<br>　　　Defendant. | Adv. No. 21-5008 |
| CENTENNIAL BANK,<br>　　　Plaintiff,<br>v.<br>EVANDER KANE,<br>　　　Defendant. | Adv No. 21-05016<br><br>**CENTENNIAL BANK'S STATUS CONFERENCE STATEMENT**<br><br>Date:  May 25, 2023<br>Time:  2:30 p.m.<br>Judge: Chief Judge Stephen L. Johnson<br>Place: Via Tele/Videoconference |

Pursuant to the "Order Continuing Scheduling Conference" (the "Order") [Doc. 59] entered on April 4, 2023, by this Court, Centennial Bank, an Arkansas state chartered bank ("Centennial"), hereby files this status conference statement concerning the above-captioned adversary proceeding (this "Adversary Proceeding") as directed by the Order.

Pursuant to the prior order (the "Consolidation Order") of this Court [Doc. 34], this Court consolidated the Adversary Proceeding with the §727(a) claim asserted by Hope Parker in her own adversary proceeding against Evander Kane ("Kane"), Case No.: 21-5008 (the "Parker Adversary Proceeding"). On February 25, 2022, this Court entered its "Trial Scheduling Order" (the "Scheduling Order") [Doc. 33], scheduling trial in this Adversary Proceeding to commence on January 23, 2023.

Trial in this Adversary Proceeding was commenced on January 23, 2023, and continued to January 25, 2023, and the end of which both sides rested. At the conclusion of the trial, this Court instructed the parties to file post-trial closing arguments after the transcripts of the trial were complete and docketed with this Court.

On February 21, 2023, this Court entered its "Closing Arguments Scheduling Order" [Doc. 56], indicating that the trial transcripts were docketed on February 10, 2023 and February 13, 2023, and instructing the parties to file their closing arguments with this Court no later than March 14, 2023.

On March 24, 2023, Centennial filed "Centennial Bank's Closing Brief" [Doc. 58]. On even date therewith, Kane filed "Defendants' Post-Trial Brief" [Doc. 57]. Parker also filed with this Court "Hope Parker's Closing Argument" in adversary No. 21-5008.

Pursuant to the Consolidation Order [Doc. 34], this Court indicated that it would "conduct a status conference in these cases on April 13, 2023, at 2:30 p.m. for the purpose of determining next steps in the litigation of these cases."

Pursuant to this Court's Order [Doc. 59], this Court rescheduled the status conference for May 25, 2023, in light of the fact that "[t]he Court's ruling [on Centennial and Parker's objections to Kane's discharge under 11 U.S.C. § 727(a)] is currently under submission."

Until such time as the Court rules on Centennial and Parkers' objections to Kane's discharge

under 11 U.S.C. § 727(a), there is nothing further to report.

Centennial will contact Chambers before the hearing date for further instructions whether an appearance is necessary or not for the hearing on May 25, 2023.

DATED: May 18, 2023    ANTHONY & PARTNERS, LLC

By:    */s/ Andrew J. Ghekas*
Andrew J. Ghekas
Attorneys for Plaintiff
CENTENNIAL BANK

DATED: May 18, 2023    NIESAR & VESTAL LLP

By:    */s/ Peter C. Califano*
Peter C. Califano
Attorneys for Plaintiff
CENTENNIAL BANK

3